Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17–18644–JKS
          Chapter:  7
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dong S Sin
  aka Dong S Cho, aka Dong S Shin
  100 Old palisades Road, #2114
  Fort Lee, NJ 07024

Social Security No.:
  xxx–xx–6267

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 13, 2017</u>        <u>John K. Sherwood</u>
                                       Judge, United States Bankruptcy Court