UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Firm of Kim Choi & Kim, P.C.
Counsels for the debtor
By: Dong Sung Kim, Esq.
460 Bergen Blvd. #206
Palisades Park, NJ 07650
(201) 363-0010
(201) 363-0018

Order Filed on October 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Dong S Sin
aka Dong S Shin, Dong S Cho

Case No.: 17-18644-JKS

Hearing Date: 10/24/2017@10:00am

Judge: Hon. Sherwood

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____ the debtor _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __30__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2