UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Firm of Kim Choi & Kim, P.C.
By: Dong Sung Kim, Esq.
460 Bergen Blvd. #206
Palisades Park, NJ 07650
(201) 363-0010
(201) 363-0018

Order Filed on October 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Dong S Sin
aka Dong S Shin, Dong S Cho

Case Number: 17-18644-JKS

Hearing Date: 10/24/2017@10:00AM

Judge: Hon. Sherwood

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____ 9 Michelle Court, Harrington Park, NJ 07640 _____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.   J-103357-15 held by Tazz Mall, LLC.

2.   DJ-041249-17 held by The Palisades at Fort Lee

3.   _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*