UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Firm of Kim Choi & Kim, P.C.
Counsels for the debtor
By: Dong Sung Kim, Esq.
460 Bergen Blvd. #206
Palisades Park, NJ 07650
(201) 363-0010
(201) 363-0018

Order Filed on October 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Dong S Sin
aka Dong S Shin, Dong S Cho

Case No.: 17-18644-JKS

Hearing Date: 10/24/2017@10:00am

Judge: Hon. Sherwood

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____ the debtor _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __30__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-18644-JKS
Dong S Sin　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　　Page 1 of 1　　　　　Date Rcvd: Oct 25, 2017
　　　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
db　　　　　　+Dong S Sin,　　100 Old palisades Road, #2114,　　Fort Lee, NJ 07024-7020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
　　　　Charles G. Wohlrab　　on behalf of Creditor　　HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage-Backed Notes, MLCC Series 2005-2
　　　　cwohlrab@logs.com, njbankruptcynotifications@logs.com
　　　　Denise E. Carlon　　on behalf of Creditor　　M&T BANK dcarlon@kmllawgroup.com,
　　　　bkgroup@kmllawgroup.com
　　　　Dong Sung Kim　　on behalf of Debtor Dong S Sin kimchoikim@gmail.com
　　　　Eric R. Perkins　　eperkins@mdmc-law.com,　slahr@mdmc-law.com,nj42@ecfcbis.com,
　　　　gdelmonaco@mdmc-law.com
　　　　Jill Manzo　　on behalf of Creditor　　M&T BANK bankruptcy@feinsuch.com
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6